O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEFTALI Z. SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. 8:19-cv-00330-DMG-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 25), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 72). Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections (Dkt. 75) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: March 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE