J S -6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NEFTALI Z. SANCHEZ,

Petitioner,

v.

RAYMOND MADDEN, Warden,

Respondent.

Case No. 8:19-cv-00330-DMG-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED:  March 22, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE